THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTIONE DIRAY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-20-426-R |
| | ) |
| SCOTT CROW, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin on July 30, 2020. (Doc. No. 14). Therein Judge Erwin recommends the Complaint be dismissed and further that the applications for joinder be dismissed. On September 1, 2020, the Court granted Plaintiff's Motion for Extension of Time (Doc. Nos. 17-18). By virtue of that Order Plaintiff had until October 1, 2020 to file his objection to the Report and Recommendation. Plaintiff has not filed an objection nor has he sought additional time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED in its ENTIRETY and this action is DISMISSED.

**IT IS SO ORDERED** this 13th day of October 2020.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE